# EXHIBIT A

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-21592-CIV-ALTONAGA/GOODMAN

NADER TAVAKOLI,

    Plaintiff,

v.

VLADISLAV DORONIN, TAREK INVESTMENTS LIMITED, ALAN DJANOGLY, CARL JOHAN ELIASCH, and SHERWAY GROUP LIMITED,

    Defendants.
_____/

## AFFIDAVIT OF GILLIAN DJANOGLY

I, **GILLIAN DJANOGLY**, being of sound mind, hereby voluntarily make the following statement.

1. I am more than eighteen (18) years of age, am under no legal disability, and am competent to give this Affidavit.

2. My brother is Alan Djanogly, a named defendant in the case *Tavakoli v. Doronin, et al.*, Case No. 18-21592-CIV-ALTONAGA-GOODMAN.

3. I am authorized in defined respects by a power of attorney to act on behalf of my brother.

4. My brother has been diagnosed with grade IV glioblastoma brain cancer.

5. My brother is paralyzed on his right side with very limited movement on his left side, and he is unable to walk or stand.

6. His communication is limited to the occasional smile, head nod, or saying the word "yes."

7. He has also suffered brain damage that prevents him from understanding or comprehending what is going on.

8. My brother is also in a huge amount of pain.

9. I have no knowledge regarding the facts and circumstances underlying this lawsuit.

10. I have no way of obtaining information from my brother regarding the facts and circumstances underlying this lawsuit.

11. I do not have access to my brother's emails or text messages.

12. I do not know the location of any of my brother's documents related to this lawsuit.

13. To the best of my knowledge, my brother does not own any property in Florida and does not have any bank accounts in Florida.

14. I have possession of my brother's passport, but I do not have access to any other documents regarding his travels to Florida or elsewhere, if any.

Executed on this __4__ day of __September__, 2018.

_____
GILLIAN DJANOGLY

Sworn to and subscribed before me,
this the __4th__ day of __September__ 2018.

_____
NOTARY PUBLIC        MY COMMISSION
                     EXPIRES WITH LIFE.



Hesham Sharkawi Notary Public
4 Palace Court, 250 Finchley Road
London, NW3 6DN, England
Tel: +44 (0) 207 433 3338

