# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-21592-CIV-ALTONAGA/GOODMAN

NADER TAVAKOLI,

    Plaintiff,

v.

VLADISLAV DORONIN, TAREK
INVESTMENTS LIMITED, ALAN
DJANOGLY, CARL JOHAN ELIASCH,
and SHERWAY GROUP LIMITED,

    Defendants.

    /

**AFFIDAVIT OF SHERWAY GROUP LIMITED**

1. Sherway is a named defendant in the case, *Tavakoli v. Doronin, et al.*, Case No. 18-21592-CIV-ALTONAGA-GOODMAN.

2. Sherway is a corporation organized under the laws of the British Virgin Islands.

3. Sherway's registered office is located at Nemours Chambers in Road Town, Tortola, British Virgin Islands.

4. Sherway does not have any offices in Florida.

5. Sherway does not have any employees, agents, or representatives in Florida.

6. Sherway does not have a bank account in Florida.

7. Sherway does not own any real property in Florida.

8. Sherway does not pay taxes in Florida.

9. Sherway is not, and never has been, a member of any Board of Directors.

10. Sherway did not, through an agent or otherwise, attend the Peak Hotels and Resorts Group Limited Board meeting in Miami on April 22, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of September, 2018.

SHERWAY GROUP LIMITED

By: _____
Name: Niya Musara
Position: Sole Director