**DORONIN PRIVILEGE LOG**

| Bates Nos. | From | To | Cc | Date | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| ELIASCH_PRIV0001-ELIASCH_PRIV0006 | Mikhail Lagranskiy | Vladislav Doronin; Johan Eliasch; Alan Djanogly; Robert Ivanhoe (Greenberg Traurig) | Fiona Adams (Greenberg Traurig); Jochen Schaefer-Suren | 4/23/2014 | Email re: comments by Fiona Adams (Greenberg Traurig) to April 22, 2014 Board meeting minutes with attached draft minutes | Attorney-client privilege |
| ELIASCH_PRIV0007-ELIASCH_PRIV0008 | Vladislav Doronin | Mikhail Lagranskiy; Jim Mace (Greenberg Traurig) | Johan Eliasch; Alan Djanogly; Greg Sirois; Olivier Jolivet; Robert Ivanhoe (Greenberg Traurig); Jochen Schaefer-Suren | 04/30/2014 | Email re: Greg Stuppler | Attorney-client privilege |
| ELIASCH_PRIV0009-ELIASCH_PRIV0009 | Mikhail Lagranskiy | Jim Mace (Greenberg Traurig); Vladislav Doronin | Johan Eliasch; Alan Djanogly; Greg Sirois; Olivier Jolivet; Robert Ivanhoe (Greenberg Traurig) | 04/30/2014 | Email re: Greg Stuppler, Yuta Oka, and Adrian Zecha | Attorney-client privilege |
| ELIASCH_PRIV0010-ELIASCH_PRIV0011 | Vladislav Doronin | Mikhail Lagranskiy; Jim Mace (Greenberg Traurig) | Johan Eliasch; Alan Djanogly; Greg Sirois; Olivier Jolivet; Robert Ivanhoe (Greenberg Traurig); Jochen Schaefer-Suren | 04/30/2014 | Email re: Adrian Zecha | Attorney-client privilege |
| ELIASCH_PRIV0012-ELIASCH_PRIV0013 | Vladislav Doronin | Mikhail Lagranskiy; Alan Djanogly; Robert Ivanhoe (Greenberg Traurig); Fiona Adams (Greenberg Traurig) | Johan Eliasch | 05/09/2014 | Email re: ARGL bank account | Attorney-client privilege |

**DORONIN PRIVILEGE LOG**

| Bates Nos. | From | To | Cc | Date | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| ELIASCH_PRIV0014-ELIASCH_PRIV0014 | Vladislav Doronin | Mikhail Lagranskiy; Johan Eliasch; Jeremy Garson; Kevin Kilgour; Graham Shear | | 08/26/2014 | Email re: communication from Robert Ivanhoe (Greenberg Traurig) re: Greg Stuppler | Attorney-client privilege |
| ELIASCH_PRIV0015-ELIASCH_PRIV0015 | Mikhail Lagranskiy | Vladislav Doronin; Johan Eliasch; Jeremy Garson; Kevin Kilgour; Graham Shear | | 08/27/2014 | Email re: Greg Stuppler lawsuit as described in communication from Robert Ivanhoe (Greenberg Traurig) | Attorney-client privilege |
| ELIASCH_PRIV0016-ELIASCH_PRIV0021 | Vladislav Doronin | ProjectTarek@hsf.com; Mikhail Lagranskiy; Johan Eliasch | | 12/10/2014 | Email forwarding agreement with Omar Amanat's entity and Greg Stuppler's entity as sent by Robert Ivanhoe (Greenberg Traurig) with attached agreement | Attorney-client privilege |

## DORONIN PRIVILEGE LOG

| Bates Nos. | From | To | Cc | Date | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| ELIASCH_PRIV0022-ELIASCH_PRIV0022 | Mikhail Lagranskiy | Vladislav Doronin; ProjectTarek@hsf.com; Johan Eliasch | | 12/11/2014 | Email re: agreement with Omar Amanat's entity and Greg Stuppler's entity as originally sent by Robert Ivanhoe (Greenberg Traurig) | Attorney-client privilege |