# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Pineiro <mpineiro@mnrlawfirm.com> |
| **Sent:** | Tuesday, November 27, 2018 2:59 PM |
| **To:** | Adam Schachter |
| **Cc:** | Gerald Greenberg; Christian G. Montelione; Natalie Bedoya McGinn; Joseph Gallagher; Reid Skibell |
| **Subject:** | RE: Tavakoli v. Doronin |

Adam,

Thanks for your e-mail. We're going to discuss it internally and get back to you.



Michael A. Pineiro
Marcus Neiman & Rashbaum LLP
2 South Biscayne Boulevard
Suite 1750
Miami, Florida 33131
Telephone: 305-400-4268
mpineiro@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**From:** Adam Schachter [mailto:ASchachter@gsgpa.com]
**Sent:** Tuesday, November 27, 2018 11:51 AM
**To:** Michael Pineiro <mpineiro@mnrlawfirm.com>
**Cc:** Gerald Greenberg <GGreenberg@gsgpa.com>; Christian G. Montelione <cmontelione@gsgpa.com>; Natalie Bedoya McGinn <nmcginn@gsgpa.com>; Joseph Gallagher <jgallagher@sc-harris.com>; Reid Skibell <rskibell@sc-harris.com>
**Subject:** RE: Tavakoli v. Doronin

Michael –

Our positions on the various points in your email are as follows.

Mr. Doronin's jurisdictional deposition should proceed as scheduled on December 18. Although we previously offered earlier dates in December for the deposition, Reid indicated that he was unavailable on those dates and so we did not hold those dates on our end. As a result, December 18 is the earliest available date for the deposition.

Assuming the deposition proceeds as scheduled on that date, and subject to Judge Altonaga's agreement, we propose the following briefing schedule on the personal jurisdiction motion to dismiss: December 21 – motion, January 11 – response, January 25 – reply.

We should also aim to file a revised, proposed joint scheduling report shortly after December 18. To that end, I suggest we have a call to discuss the report during the week of December 10. If you would like to circulate a draft joint scheduling report prior to the call, that may help steer the conversation.

We take no position on re-opening the case, though it does not seem necessary given that Judge Altonaga's Order makes clear that she intends to enter a scheduling order upon the completion of jurisdictional discovery.

We do not agree to any merits discovery at this time and we do not believe that merits discovery has properly commenced. We also think it's pretty clear that Judge Altonaga shares that view and would like the parties to focus their resources on completing jurisdictional discovery.

Please let us know how you would like to proceed. We're also happy to get on a call to discuss.

Thanks.

Adam

Adam M. Schachter, Esq.
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0952
Main: (305) 728-0950
Fax: (305) 728-0951
aschachter@gsgpa.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Michael Pineiro <mpineiro@mnrlawfirm.com>
**Sent:** Monday, November 26, 2018 3:05 PM
**To:** Adam Schachter <aschachter@gsgpa.com>
**Cc:** Gerald Greenberg <ggreenberg@gsgpa.com>; Christian G. Montelione <cmontelione@gsgpa.com>; Natalie Bedoya McGinn <nmcginn@gsgpa.com>; Joseph Gallagher <jgallagher@sc-harris.com>; Reid Skibell <rskibell@sc-harris.com>
**Subject:** RE: Tavakoli v. Doronin

Adam,

2

**From:** Adam Schachter
**Sent:** Monday, December 3, 2018 11:36 AM
**To:** Michael Pineiro
**Cc:** Gerald Greenberg; Christian G. Montelione; Natalie Bedoya McGinn; Joseph Gallagher; Reid Skibell
**Subject:** RE: Tavakoli v. Doronin - Conferral

Michael –

Judge Altonaga's November 21, 2018 Order specifically requires the parties to provide the Court with a "revised, proposed joint scheduling report, containing dates to govern the orderly progress of the case." That report will necessarily address the scheduling of merits discovery. As indicated in my prior email, we would like to schedule a call with you to meet and confer regarding the scheduling report. So, once again, we are requesting your availability to have that scheduling discussion this week or next in order to comply with the Court's directive.

If you do not want to have that call and insist on filing this motion, we will oppose the motion because it is not the most productive way to keep this case moving. In addition to noting our objection, please include the following in the certificate of conference: "Defendants' position is that, consistent with the Court's November 21, 2018 Order, the parties should meet and confer regarding a revised, proposed joint scheduling report containing dates to govern the orderly progress of the case, including merits discovery."

Please let us know if you want to discuss.

Thanks.


Adam M. Schachter, Esq.
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0952
Main: (305) 728-0950
Fax: (305) 728-0951
aschachter@gsgpa.com


CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Michael Pineiro <mpineiro@mnrlawfirm.com>
**Sent:** Friday, November 30, 2018 5:43 PM
**To:** Adam Schachter <aschachter@gsgpa.com>
**Cc:** Gerald Greenberg <ggreenberg@gsgpa.com>; Christian G. Montelione <cmontelione@gsgpa.com>; Natalie Bedoya

1

McGinn <nmcginn@gsgpa.com>; Joseph Gallagher <jgallagher@sc-harris.com>; Reid Skibell <rskibell@sc-harris.com>
**Subject:** RE: Tavakoli v. Doronin - Conferral

Adam,

I hope you're well. We intend to file a motion for clarification or, in the alternative, reconsideration of the order administratively closing the case. We request clarification on the basis that it's unclear whether, in light of the administrative closure, we can continue to prosecute the case beyond jurisdictional discovery. Alternatively, we request that the court reconsider its order and re-open the case. Can you please let us know your position on this motion by Monday at noon? Sorry for the late Friday e-mail. Have a nice weekend.

Michael



Michael A. Pineiro
Marcus Neiman & Rashbaum LLP
2 South Biscayne Boulevard
Suite 1750
Miami, Florida 33131
Telephone: 305-400-4268
mpineiro@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**From:** Adam Schachter [mailto:ASchachter@gsgpa.com]
**Sent:** Tuesday, November 27, 2018 11:51 AM
**To:** Michael Pineiro <mpineiro@mnrlawfirm.com>
**Cc:** Gerald Greenberg <GGreenberg@gsgpa.com>; Christian G. Montelione <cmontelione@gsgpa.com>; Natalie Bedoya McGinn <nmcginn@gsgpa.com>; Joseph Gallagher <jgallagher@sc-harris.com>; Reid Skibell <rskibell@sc-harris.com>
**Subject:** RE: Tavakoli v. Doronin

Michael –

Our positions on the various points in your email are as follows.

Mr. Doronin's jurisdictional deposition should proceed as scheduled on December 18. Although we previously offered earlier dates in December for the deposition, Reid indicated that he was unavailable on those dates and so we did not hold those dates on our end. As a result, December 18 is the earliest available date for the deposition.

Assuming the deposition proceeds as scheduled on that date, and subject to Judge Altonaga's agreement, we propose the following briefing schedule on the personal jurisdiction motion to dismiss: December 21 – motion, January 11 – response, January 25 – reply.

We should also aim to file a revised, proposed joint scheduling report shortly after December 18. To that end, I suggest we have a call to discuss the report during the week of December 10. If you would like to circulate a draft joint scheduling report prior to the call, that may help steer the conversation.

We take no position on re-opening the case, though it does not seem necessary given that Judge Altonaga's Order makes clear that she intends to enter a scheduling order upon the completion of jurisdictional discovery.

We do not agree to any merits discovery at this time and we do not believe that merits discovery has properly commenced. We also think it's pretty clear that Judge Altonaga shares that view and would like the parties to focus their resources on completing jurisdictional discovery.

Please let us know how you would like to proceed. We're also happy to get on a call to discuss.

Thanks.

Adam

Adam M. Schachter, Esq.
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0952
Main: (305) 728-0950
Fax: (305) 728-0951
aschachter@gsgpa.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Michael Pineiro <mpineiro@mnrlawfirm.com>
**Sent:** Monday, November 26, 2018 3:05 PM
**To:** Adam Schachter <aschachter@gsgpa.com>
**Cc:** Gerald Greenberg <ggreenberg@gsgpa.com>; Christian G. Montelione <cmontelione@gsgpa.com>; Natalie Bedoya McGinn <nmcginn@gsgpa.com>; Joseph Gallagher <jgallagher@sc-harris.com>; Reid Skibell <rskibell@sc-harris.com>
**Subject:** RE: Tavakoli v. Doronin

Adam,

I hope you had a good holiday weekend. I'm sure you saw the Court's order administratively closing the case until the parties complete jurisdictional discovery. We intend to file a motion seeking clarification and/or reconsideration of this order tomorrow evening.

3

However, we may be able to limit the scope of (or potentially avoid) motion practice if we can agree on a plan to complete jurisdictional discovery with all deliberate speed, which is unquestionably the Court's preference. We think such a schedule is in everyone's interest. We propose:

i. Mr. Doronin's jurisdictional discovery deposition shall be completed within the next two weeks. We would be amenable to conducting this remotely (via videoconference). Mr. Doronin would bear the costs of the remote deposition given his purported inability to travel.

ii. Defendants Eliasch and Sherway would file their motion to dismiss on jurisdictional grounds one week after Doronin's deposition. If they do not so move within that time, they waive their right to assert jurisdictional defenses. Plaintiff would then have three weeks to respond to that motion to dismiss.

iii. Defendants agree to join a motion to reopen this case.

iv. Merits discovery shall continue unless and until a Defendant makes a successful motion to stay such discovery.

If this is acceptable, we will prepare the stipulation. Given the time frame and the Court's unmistakable preference to move quickly, please let us know your position by **3 pm tomorrow (Nov. 27th).**

We are available to discuss.

Thanks,

Michael



Michael A. Pineiro
Marcus Neiman & Rashbaum LLP
2 South Biscayne Boulevard
Suite 1750
Miami, Florida 33131
Telephone: 305-400-4268
mpineiro@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**From:** Adam Schachter [mailto:ASchachter@gsgpa.com]
**Sent:** Wednesday, November 21, 2018 8:39 AM
**To:** Michael Pineiro <mpineiro@mnrlawfirm.com>
**Cc:** Gerald Greenberg <GGreenberg@gsgpa.com>; Christian G. Montelione <cmontelione@gsgpa.com>; Natalie Bedoya