```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     CASE NO. 18-cv-21592-CMA


 NADER TAVAKOLI,                    Miami, Florida

         Plaintiff,                 July 25, 2018

     vs.                            8:31 a.m. to 8:39 a.m.

 VLADISLAV DORONIN, ET AL.,         Courtroom 12-2

         Defendants.                (Pages 1 to 10)
_____

                       STATUS CONFERENCE
           BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                 UNITED STATES DISTRICT JUDGE

 APPEARANCES:

 FOR THE PLAINTIFF:     MICHAEL A. PINEIRO, ESQ.
                         (Appeared Telephonically)
                        Marcus Neiman & Rashbaum
                        2 South Biscayne Boulevard, Suite 1750
                        Miami, FL 33131-1815
                        (305) 400-4268
                        mpineiro@mnrlawfirm.com

 FOR THE PLAINTIFF:     L. REID SKIBELL, ESQ.
                         (Appeared Telephonically)
                        Harris, St. Laurent & Chaudhry, LLP
                        40 Wall Street, 53rd Floor
                        New York, NY 10005
                        (917) 512-9466
                        rskibell@sc-harris.com

 FOR THE DEFENDANTS:    ANN MARIE ST. PETER-GRIFFITH, ESQ.
                        DANIELLE F. MORIBER, ESQ.
                         (Appeared Telephonically)
                        Kasowitz Benson Torres
                        1441 Brickell Ave Ste 1420
                        Miami, FL 33131-3426
                        (786) 587-1054
                        (305) 377-1666
                        astpetergriffith@kasowitz.com
                        dmoriber@kasowitz.com
```

```
 1   APPEARANCES CONTINUED:

 2    REPORTED BY:           STEPHANIE A. McCARN, RPR
                             Official Court Reporter
 3                           400 North Miami Avenue
                             Twelfth Floor
 4                           Miami, Florida 33128
                             (305) 523-5518
 5                           Stephanie_McCarn@flsd.uscourts.gov

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

**WITNESSES**

**WITNESSES FOR THE PLAINTIFF:**                                           **Page**
                                                                            --

**WITNESSES FOR THE DEFENDANTS:**                                          **Page**
                                                                            --

| **EXHIBITS IN EVIDENCE** | **PRE** | **MARKED** | **ADMITTED** |
|---|---|---|---|
| **Plaintiff's Exhibit No.** | -- | -- | -- |
| **Defendants' Exhibit No.** | -- | -- | -- |

**MISCELLANEOUS**

                                                                            **Page**
Proceedings.........................................    4
Court Reporter's Certificate.......................   10

```
 1      (The following proceedings were held at 8:31 a.m.)
 2          THE COURT:  Good morning, this is Judge Altonaga in
 3  the case of Nader Tavakoli versus Vladislav Doronin and the
 4  other named Defendants.
 5          Counsel for the Plaintiff, if you would please state
 6  your name.
 7          MR. PINEIRO:  Yes, Your Honor.  Michael Pineiro of
 8  Marcus Neiman & Rashbaum on behalf of the Plaintiff as well as
 9  Reid Skibell on behalf of the Plaintiff.
10          THE COURT:  Thank you.  Good morning.
11          MR. PINEIRO:  Good morning.
12          THE COURT:  And Counsel for Defendants.
13          MS. ST. PETER-GRIFFITH:  Good morning, Your Honor.
14  Ann St. Peter-Griffith with Kasowitz Benson.  I have on the
15  phone with me as well one of our associates, Danielle Moriber.
16          THE COURT:  Could you spell that second name, please.
17          MS. ST. PETER-GRIFFITH:  Sure, it's M-O-R-I-B-E-R.
18          THE COURT:  Moriber.  Thank you.
19          Any other attorneys on the phone?
20          Well, I thank you all for appearing on short notice
21  for the status conference.  And my questions pertain to the
22  motion I am expecting to receive shortly from Defendants, some
23  of whom are raising challenges to personal jurisdiction, others
24  who may not be, one of whom is quite ill and against whom the
25  case may or may not be able to proceed.  There are a number of
```

1  challenges that are presented by the information I am
2  receiving.
3          So as I understand it, Ms. St. Peter-Griffith, there
4  are several Defendants who will be challenging personal
5  jurisdiction?
6          MS. ST. PETER-GRIFFITH:  Correct, Your Honor.
7  Mr. Eliasch, the Sherway Group, and while we've reserved, we
8  anticipate Mr. Djanology or, you know, I regret to say, you
9  know, hopefully it will not be an estate situation.  But he is
10 gravely ill, and we are working through his -- the question of
11 who will be his representative.
12         THE COURT:  All right.
13         So did you want to take some jurisdictional discovery
14 before filing your motion?
15         MS. ST. PETER-GRIFFITH:  Your Honor, I don't believe
16 that the Defendants would be taking jurisdictional discovery.
17 They would be challenging -- they're all, you know, out of the
18 country, in Great Britain, and I would anticipate that it's
19 possible the Defendants might want to take jurisdictional
20 discovery.
21         THE COURT:  The Plaintiff, you mean?
22         MS. ST. PETER-GRIFFITH:  Oh, I'm sorry, I apologize.
23 The Plaintiff, yes.
24         THE COURT:  The Plaintiff.  All right.
25         Mr. Pineiro, is it your intention to take

```
 1   jurisdictional discovery?
 2           MR. PINEIRO:  Yes, Your Honor.  We would -- we would
 3   like the opportunity to take jurisdictional discovery, and we
 4   appreciate the Court anticipating that.
 5           THE COURT:  All right.  So have you propounded any
 6   yet?
 7           MR. PINEIRO:  Not yet, Your Honor.  We were waiting
 8   for guidance from the Court.  I know that you instructed, you
 9   know, the parties to file a notice regarding it, and,
10   basically, we figured we would be addressing it at the status
11   conference today, but we are prepared to propound written
12   discovery and take depositions as well once we have the green
13   light.
14           THE COURT:  All right. So how many -- have you served
15   all Defendants?
16           MR. PINEIRO:  Everyone's been served in the case, Your
17   Honor, and they all have a response date, I think, which is
18   August 21st.  And I will let opposing Counsel confirm if I'm
19   correct on that.
20           MS. ST. PETER-GRIFFITH:  I believe that's right, yes.
21           THE COURT:  All right.  So I think we need to modify
22   that response date to allow the Plaintiff to take the
23   jurisdictional discovery before the motion to dismiss is filed.
24           How much time does the Plaintiff need to take the
25   jurisdictional discovery?
```

```
 1            MR. PINEIRO:  Your Honor, we would request 60 days.
 2   And, again, I think that's more than sufficient so long as the
 3   Defendants comply in terms of, you know, responding to
 4   discovery requests and coordinating depositions which are --
 5   which may be taking place outside of the jurisdiction.  But we
 6   think that's plenty as long as the parties are able to
 7   coordinate discovery efficiently.
 8            THE COURT:  Ms. St. Peter-Griffith, are you in
 9   agreement?
10            MS. ST. PETER-GRIFFITH:  That is fine, Your Honor,
11   just -- I would suggest that we not have staggered response
12   dates for the Defendants.  So if, to the extent that the
13   jurisdictional discovery will take place and the response dates
14   for the Defendants who will be challenging personal
15   jurisdiction, we would request that all Defendants have -- have
16   one response date.
17            THE COURT:  Correct. That's what I want as well.  I
18   don't want to start seeing multiple motions, 12(b)(6) here,
19   12(b)(1) there, at different times.  So if the Plaintiff is
20   going to be propounding the discovery this week, I'll
21   anticipate written discovery responses near the end of August.
22   Thereafter, you can schedule whatever depositions you wish to
23   take.
24            So let me indicate, then, that the Defendants' motion
25   to dismiss challenging personal jurisdiction, how does it sound
```

```
 1   to have that due the week of September 24?
 2          MS. ST. PETER-GRIFFITH:  Your Honor, that's fine for
 3   the Defendants.
 4          THE COURT:  Is that all right with the Plaintiff,
 5   Mr. Pineiro?
 6          MR. PINEIRO:  Yeah, that's fine, Your Honor, because
 7   our response date will fall outside of the jurisdictional
 8   discovery period, and so we will have everything we need by
 9   then, presumably.
10          THE COURT:  Correct.  And I don't want to see anything
11   but the motion challenging jurisdiction.  Any motions seeking
12   to dismiss the claims under 12(b)(6) will wait until after I've
13   ruled on the jurisdictional challenges so we know what parties,
14   if any, remain, and what claims, if any, remain as a result of
15   that.  Does that sound acceptable?
16          MS. ST. PETER-GRIFFITH:  Your Honor, it does from the
17   Defendant's standpoint.
18          THE COURT:  Mr. Pineiro?
19          MR. PINEIRO:  Yes, Your Honor.
20          THE COURT:  Yes?
21          MR. PINEIRO:  Yes.
22          THE COURT:  All right.  Very good.
23          So then the scheduling order may or may not have to be
24   modified eventually, given that this is causing some delay, but
25   I'm sure we can address that down the road.  So the combined
```

```
 1   motion to dismiss on the basis of lack of personal jurisdiction
 2   will be due on September 24.
 3            Are there any other questions or concerns?
 4            MS. ST. PETER-GRIFFITH:  No, Your Honor.
 5            MR. PINEIRO:  Your Honor, on behalf of the Plaintiff,
 6   no concerns.  The only thing I'd raise is just to the extent
 7   there's some type of logistical issue and we may need a couple
 8   extra days, your scheduling orders sometimes allows parties to
 9   stipulate to a -- you know, take a deposition or conduct
10   discovery outside of the deadline so long as it doesn't
11   interfere with our deadline.  I would just ask if we would be
12   able to stipulate to take a deposition or etc., it's necessary
13   outside of the discovery period -- outside of the
14   jurisdictional period if there is any type of coordination
15   issue, that's all.
16            THE COURT:  That would be fine so long as it doesn't
17   affect the briefing schedule --
18            MR. PINEIRO:  Okay.
19            THE COURT:  -- on the motion that we are about to
20   receive.
21            MR. PINEIRO:  Perfect.
22            THE COURT:  All right?
23            Very good.  Well, thank you very much.  And you all
24   have a good day.
25            MS. ST. PETER-GRIFFITH:  Thank you, you too, Judge.
```

```
1          MR. PINEIRO:  Thank you.

2       (The proceedings adjourned at 8:39 a.m.)

3

4
                        C E R T I F I C A T E
5

6      I hereby certify that the foregoing is an

7    accurate transcription of the proceedings in the

8    above-entitled matter.

9

10
      _10/31/18__         [signature] Stephanie A. McCarn
11         DATE           STEPHANIE A. McCARN, RPR
                          Official United States Court Reporter
12                        400 North Miami Avenue, Twelfth Floor
                          Miami, Florida 33128
13                        (305) 523-5518

14

15

16

17

18

19

20

21

22

23

24

25
```